■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEOPOLD MCLEAN, Appellant. [57 NYS3d 418]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 27, 2015 (*People v McLean*, 128 AD3d 1094 [2015]), affirming a judgment of the Supreme Court, Queens County, rendered June 13, 2013.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Duffy, Barros and Connolly, JJ., concur.